UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PASTOR REYES,

               Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of
Social Security,

               Defendant.
-----------------------------------------------------------------X

JUDGMENT
04-CV- 5475 (DLI)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 16 2005 ★

BROOKLYN OFFICE

An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on June 10, 2005, reversing the Commissioner's decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings; it is

ORDERED and ADJUDGED that the Commissioner's decision is reversed, pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings.

Dated: Brooklyn, New York
       June 15, 2005

ROBERT C. HEINEMANN
Clerk of Court